AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
MAR 0 4 2019
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19mj34 |
| Christopher Lee Yates | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 01, 2019** in the county of **Berkeley** in the **Northern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(j) | Possession of Stolen Firearm |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Seth Cox, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/03/2019

*Judge's signature*

City and state: Martinsburg, West Virginia

Robert W. Trumble, United States Magistrate Judge
*Printed name and title*