IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.                                     CASE NO. 3:19mj34

CHRISTOPHER LEE YATES

    DEFENDANT.

## AFFIDAVIT

1. On 03/01/18, YATES consented to a search of his vehicle. YATES advised SA Cox there would be stolen firearms in his vehicle. SA Cox conducted a search of the vehicle and yielded a firearm concealed in a book bag on the front passenger seat floorboard. The firearm was identified as a FNH, Model Five-Seven, 5.7x28 pistol, serial number 386214569.

2. SA Cox queried ATF records and confirmed the above firearm was listed as disposed from the ATF NFAD in August 2017, thus confirming it was unlawfully removed from the ATF NFAD facility.

3. An inspection of the firearm indicates it meets the definition of a firearm and has traveled in interstate commerce.

4. SA Cox test fired the weapon and it proved operable.

                                             Special Agent Seth Cox
                                    Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to and subscribed to me this 3rd day of March, 2019.

                                             ROBERT W. TRUMBLE
                                             UNITED STATES MAGISTRATE JUDGE